**IN THE UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF ARKANSAS**
**WESTERN DIVISION**

| | |
|---|---|
| UNITED STATES OF AMERICA | PLAINTIFF |
| v.   NO. 4:05CR00285-01 JLH | |
| TRAVARES DESHAWN SUGGS | DEFENDANT |

### ORDER

Separate defendant Travares Deshawn Suggs was released on O/R bond by U.S. Magistrate Judge Henry L. Jones, Jr., on November 15, 2005. Upon motion of the government, and without objection from counsel for defendant, Travares Deshawn Suggs was committed for a psychiatric examination February 27, 2006. Defendant subsequently surrendered to the United States Marshals Service for transportation to the designated facility for examination. The Court has been advised that the defendant will be returned to the Eastern District of Arkansas on or about Tuesday, July 18, 2006.

IT IS HEREBY ORDERED that upon defendant Travares Deshawn Suggs's release from the designated institution, he be delivered to the United States Marshals Service in the Western District of Tennessee, Memphis Office. Defendant will then be released on the same conditions of pretrial release as previously imposed by Magistrate Judge Jones on November 15, 2005.

IT IS SO ORDERED this 17th day of July, 2006.

_____
J. LEON HOLMES
UNITED STATES DISTRICT JUDGE