IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION

UNITED STATES OF AMERICA

vs.                                    NO. 4:05CR00285-01 GTE

TRAVARES DESHAUN SUGGS

## ORDER AND JUDGMENT

Pending before the Court is the Motion to Revoke Probation filed April 15, 2008. A hearing was held on May 6, 2010, before the Hon. Garnett Thomas Eisele at which the Defendant, Travares Deshaun Suggs and his attorney, Omar Greene appeared along with Assistant United States Attorney, Edward Walker and U.S. Probation Officer Tony Guerra. The Defendant pled guilty on January 14, 2010, in this Court in Case No. 4:08CR00206-01 GTE for Aiding and Abetting the Possession With Intent to Distribute Cocaine Hydrochloride, and was sentenced on this date to Time Served with Three (3) years Supervised Release. Therefore Defendant has violated the conditions of his Probation. The Court concludes that Defendant's Probation should be revoked.

IT IS THEREFORE ORDERED, that the Motion to Revoke Probation, be and it is hereby, GRANTED. The Court imposes a sentence of ONE (1) YEAR Supervised Release to run CONCURRENT to the Three (3) Year Term of Supervised Release he will serve in 4:08CR00206-01 GTE.

All general and standard conditions previously imposed in Defendant's original sentence of Probation remain in full force and effect.

IT IS SO ORDERED, this 7th day of May, 2010.

_____
UNITED STATES DISTRICT JUDGE